## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**AMERICAN TIGER FIREARMS LLC,**
**FARM DIVA LLC, and**
**FIRST SHOT, LLC**                                                     **PLAINTIFFS**

**vs.**                          **04:19-cv-00388-BRW**

**FACEBOOK, INC.**                                                      **DEFENDANT**

### JOINT RULE 26(F) REPORT

Plaintiffs American Tiger Firearms, LLC, Farm Diva, LLC and First Shot, LLC, and

Defendant Facebook, Inc., ("Facebook"), by and through their respective undersigned counsel,

provide the following Joint Rule 26(f) Report, pursuant to Fed. R. Civ. P. 26(f)(3) and Local Rule

26.1.

**1.      Any changes in timing, form, or requirements of mandatory disclosures under**

**Fed. R. Civ. P. 26(a).**

The Parties request that the timing of mandatory disclosures be set, as appropriate, after

the Court's ruling on Facebook's pending Motion to Dismiss or Transfer (the "Motion to

Dismiss").

**2.      Date when mandatory disclosures were or will be made.**

The Parties request that the timing of mandatory disclosures be set, as appropriate, after

the Court's ruling on the Motion to Dismiss.

**3.      Subjects on which discovery may be needed.**

Liability and damages.

1

**4.      Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so: (a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business; (b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business; (c) the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production; (d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise; (e) other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

The Parties will need e-discovery and request that they be given the opportunity to negotiate, as appropriate, an ESI stipulation governing these subjects after the Court's ruling on the Motion to Dismiss.

**5.      Date by which discovery should be completed.**

The Parties request that the discovery deadline be set, as appropriate, after the Court's ruling on the Motion to Dismiss.

**6.      Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

The Parties request that they be permitted to determine if this is necessary after the Court's ruling on the Motion to Dismiss.

**7.       Any orders, e.g. protective orders, which should be entered**.

FEC\44364\0002\7218492.v1-8/27/19

The Parties anticipate that a protective order will be needed for discovery, and request that they be given the opportunity to negotiate a protective order, as appropriate, after the Court's ruling on the Motion to Dismiss.

**8.     Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

The Parties request that they be permitted to determine if mandatory disclosures are appropriate after the Court's ruling on the Motion to Dismiss.

**9.      Any objections to the proposed trial date**.

The Parties request that the trial date be taken off calendar pending the Court's ruling on the Motion to Dismiss.  If this matter remains in the Eastern District of Arkansas, the Parties request that they be able to confer and propose a joint scheduling order to the Court.

**10.     Proposed deadline for joining other parties and amending the pleadings**.

The Parties request that they be able to confer and propose a joint scheduling order to the Court in the event the matter remains in the Eastern District of Arkansas.

**11.     Proposed deadline for completing discovery. (Note: In the typical case, the deadline for completing discovery should be no later than sixty (60) days before trial.)**

The Parties request that they be able to confer and propose a joint scheduling order to the Court in the event the matter remains in the Eastern District of Arkansas.

**12.     Proposed deadline for filing motions other than motions for class certification. (Note: In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial.)**

The Parties request that they be able to confer and propose a joint scheduling order to the Court in the event the matter remains in the Eastern District of Arkansas.

FEC\44364\0002\7218492.v1-8/27/19

**13.    Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification. (Note: In the typical case, the deadline for filing motions for class certification should be no later than ninety (90) days after the Fed. R. Civ. P. 26(f) conference.)**

The Parties request that they be able to confer and propose a joint scheduling order to the Court in the event the matter remains in the Eastern District of Arkansas.

Dated: August 28, 2019.

| CARNEY BATES & PULLIAM, PLLC<br>William P. Creasman, AR Bar No.  92043<br>David Slade, AR Bar No. 20130143<br>519 West 7th Street<br>Little Rock, AR 72201<br>Telephone:  501 312-8500<br>Facsimile:  501 312-8505<br>wcreasman@cbplaw.com<br>dslade@cbplaw.com | FRIDAY ELDREDGE & CLARK, LLP<br>Marshall S. Ney, AR Bar No. 91108<br>3350 S Pinnacle Hills Pkwy, Suite 301<br>Rogers, Arkansas 72758<br>Telephone:  479 695-6049<br>Facsimile:  501 244-5389<br>Email: mney@fridayfirm.com |
| --- | --- |
| | BOIES SCHILLER FLEXNER LLP<br>Kathleen R. Hartnett (Pro Hac Vice)<br>44 Montgomery Street<br>41st Floor<br>San Francisco, CA 94104<br>Telephone: 415-293-6800<br>Facsimile: 650-329-8507<br>Email: khartnett@bsflp.com |
| | BOIES SCHILLER FLEXNER LLP<br>Martha L. Goodman (Pro Hac Vice)<br>1401 New York Avenue N.W.<br>Washington, DC 20005<br>Telephone: 202-237-2727<br>Facsimile: 202-237-6131<br>Email: mgoodman@bsflp.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

4

FEC\44364\0002\7218492.v1-8/27/19