# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**AMERICAN TIGER FIREARMS, LLC on behalf of**
**itself and others similarly situated,** *ET AL.*                      **PLAINTIFFS**

**v.**                      **4:19-CV-00388-BRW**

**FACEBOOK, INC.**                      **DEFENDANTS**

## NOTICE OF VOLUNTARY DISMISSAL
## OF ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs submit this Notice of Voluntary Dismissal without prejudice of the Action.

Dated: September 11, 2019

Respectfully submitted,

Hank Bates (ABN 98015)
David Slade (ABN 20130143)
William P. Creasman (ABN 92043)
CARNEY BATES & PULLIAM, PLLC
519 W. 7th St.
Little Rock, AR 72201
Tel: (501) 312-8500
Fax: (501) 312-8505
hbates@cbplaw.com
dslade@cbplaw.com
wcreasman@cbplaw.com

BY: *William P. Creasman*
       WILLIAM P. CREASMAN

*Attorneys for Plaintiffs and the Class*